Form 27 - GENERAL PURPOSE
    **JON L. NORINSBERG**
    **ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK COUNTY
--------------------------------------------------

| | |
|---|---|
| ANGEL FARCIERT    plaintiff | Index No. 08 CIV 6107 |
| - against - | Date Filed ............ |
| THE CITY OF NEW YORK, ETAL    defendant | Office No. |
| | Court Date: / / |

--------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **10th day of July, 2008** at **02:30 PM.**, at
    **%CORP.COUNSEL OF THE CITY OF NEW YORK**
    **100 CHURCH ST,4TH FL.NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **CIVIL COVER SHEET**
    **JUDGES RULES**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **MADELYN SANTANA---CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BLACK**
    APP. AGE: **38**    APP. HT: **5:4**    APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
14th day of July, 2008i

SAMSON NEWMAN
Notary Public, State of New York
    No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN137746