```
Form 02 - SUITABLE AGE                AETNA  CENTRAL  JUDICIAL  SERVICES
              JON L. NORINSBERG
              ATTN:
U.S.SOUTHERN DIST. COURT       KEW YORK  COUNTY
------------------------------------------------------
                                                    Index No. 08 CIV 6107
ANGEL FARCIERT                         plaintiff
                                                    Date Filed ............
              - against -
                                                    Office No.
THE CITY OF NEW YORK, ETAL             defendant
                                                    Court Date:    /  /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
CARL MILLER     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
14th day of July, 2008   08:45 AM             at
     PATROL BROUGH MANH.NORTH TASK FORCE
     NYC POLICE DEPT.RANDALLS ISLAND,NEW YORK, NY 10035
I served the   SUMMONS AND COMPLAINT
               CIVIL COVER SHEET
               JUDGES RULES
upon P.O.VHAGEHAN HARRYLALL SHIELD NO.02078
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    P.O. DAVI, CO-WORKER WHO REFUSED TRUE FIRST NAME
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE    COLOR: WHITE    HAIR: BROWN    AGE: 30  HEIGHT: 5:11  WEIGHT: 220
OTHER IDENTIFYING FEATURES:
On 07/16/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
16th  day of  July,         2008k
                                                    CARL MILLER   790101
JOEL GOLUB                                          AETNA    CENTRAL    JUDICIAL    SERVICES
Notary Public, State of New York                    225 BROADWAY, SUITE 1802
    No.01G04751136                                  NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                          Reference No: 3JLN137747
Commission Expires 12/31/2009
```