**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

ANGEL FARCIERT,

      Plaintiffs,

  -against-

CITY OF NEW YORK,

      Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/2/08_

08 **CIVIL** 6107 (RMB)(DFE)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| __X__   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____   Specific Non-Dispositive Motion/Dispute:* _____ _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | _____ | Social Security |
| _____   Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __   Inquest After Default/Damages Hearing | _____ | Particular Motion:_____ |
| | | All Such Motions: _____ |

\*  Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
   September 2, 2008

           _RMB_
        _____
        **RICHARD M. BERMAN**
         **U.S.D.J.**