USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Angel Farciert
          Plaintiff(s),

- v -

City of NY et al
          Defendant(s).

------------------------------------------------------------X

**Case Management Plan**

08 CV. 6107 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by   10-14-08

(ii)    Amend the pleadings by   10-14-08

(iii)   All discovery to be **expeditiously** completed by   1/2/09

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions   1/5/09 @ 9:00 A.M. with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions _____

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED: New York, New York
                     9/2/08

                                                                  RMB
                                                           Hon. Richard M. Berman, U.S.D.J.